**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Elite Arms and Supply, LLC**                             CASE NO

                                                                 CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____10/26/2018_____     Signature _____     /s/ _____
                                                                   Authorized Signer

**2nd Amendment Ammunition**
7074 Fairwood Court
Highland, CA 92346

**Acusport Corporation**
PO Box 205936
Dallas, TX 75320-593

**Acusport Corporation**
One Hunter Place
Bellefontaine, OH 43311

**Altus Global Trade Solutions**
2400 Veterans Memeorial Blvd ste. 300
Kenner, LA 70062

**Athletics Unlimited**
Attn: Bldg 243-A
5201 Luce Ave.
McClellan Park, CA 95652

**Bank Of Stockton Line of Credit**
PO Box 1110
Stockton 95201

**Bank Of Stockton Visa**
Card Service Center PO Box 569091
Dallas, TX 75356-9091

**Bay Alarm**
PO Box 7137
San Francisco, CA 94120-7137

**Bear Flag Defense**
PO Box 1315
Simi Valley, CA 93602

**Benelli**
PO Box 64671
Baltimore, MD 21264-4671

**Blade Tech**
5530 184th Ste A
Puyallup, WA 98375

**Bowdich & Associates, PLLC**
10440 North Central Expressway Suite 1540
Dallas, TX 75231

**Chase Visa - Mark Davis**
Cardmemeber Service PO Box 6294
Carol Stream, IL 60197-6294

**Chase Visa- Robert**
Cardmemeber Service PO Box 6294
Carol Stream, IL 60197-6294

**Comcast**
PO Box 34744
Seattle, WA 98124-1744

**CST Co.**
PO Box 33127
Louisville, KY 40232-3127

**Davidsons**
2625 Stearman Road
Prescott, AZ 86301

**Ellett Brothers**
267 Columbia Ave
Chapin, SC 29036

**First Home Bank**
700 Central Avenue
St. Petersburg, FL 33701

**Frank and Filomena Panetta**
26924 Halifax Place
Hayward, CA 94542

**Global Hawk Resources, LLC**
PO Box 2010
Methuen, MA 01844

**Gun Accesory Supply**
PO Box 1228
Oakdale, CA 95361

**Iheart Media**
File # 56107
Los Angeles, CA 90074-6107

**Kimber**
NW 5223 PO Box 1450
Minneapolis, MN 55485-5223

**Lipsey's**
PO Box 83280
Baton Rouge, LA 70809

**Luxottica**
PO Box 50987
Los Angeles, CA 90074-0987

**Morgan, Cohen & Bach, LLC**
7225 N.Mona Lisa Rd. Suite 200
Tucson, AZ 85741

**PG &E**
PO Box 997300
Sacramento, CA 95899-7300

**PLE Wholesale**
2625 Stearman Road
Prescott, AZ 86301

**Robert Davis**

**RSR Group**
4405 Metric Drive
Winter Park, FL 32792

**Shellcrosslee Real Estate**
PO Box 262
Hayward, CA 94543

**Sig Sauer**
PO Box 12021
Lewiston, ME 04243-9497

**Stoeger**
PO Box 64192
Baltimore, MD 21264-4192

**Templar Ordnance**

**Vortex**
1 Vortex Dr
Barneveld, WI 53507